UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRI TORRES,

    Plaintiff,

v.                                                     Case No: 8:21-cv-892-TPB-JSS

PASCO COUNTY BOARD OF
COMMISSIONERS,

    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Compel Discovery (Dkt. 64) and Defendant's Motion to Compel Plaintiff's Deposition (Dkt. 65) ("Motions"). On January 26, 2022, the Court held a hearing on the Motions. Upon consideration and for the reasons stated during the hearing, it is **ORDERED**:

1. Plaintiff's Motion to Compel Discovery (Dkt. 64) is **GRANTED in part** and **DENIED in part** to the extent stated herein.

2. The parties are directed to undertake additional meet and confer efforts and to engage in meaningful, substantive discussions to resolve their discovery disputes. The meet and confer meetings must take place in person or through videoconferencing or telephonic means. Defendant shall serve amended responses to Plaintiff's Request for Production and Interrogatories, if applicable, on or before February 25, 2022. Defendant's amended

response to Plaintiff's Request for Production shall identify the bates number of any responsive documents produced in response to each request.

3. Plaintiff's Motion to Compel Discovery is otherwise denied.

4. Defendant's Motion to Compel Plaintiff's Deposition (Dkt. 65) is **GRANTED in part** and **DENIED in part** to the extent stated herein.

5. Plaintiff shall appear for a deposition before March 11, 2022. The parties shall meet and confer to select a date and time that is mutually agreeable to the parties and within the applicable discovery period.

6. To the extent Plaintiff asks the Court to strike Defendant's Motion to Compel and argues that certain Federal Rules of Evidence prohibit Defendant from taking her deposition or inquiring about the factual basis for her claims, this request is denied. Federal Rule of Civil Procedure 26(b)(1) provides that "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Additionally, "[i]nformation within this scope of discovery need not be admissible in evidence to be discoverable." *Id.*

7. Defendant's request for attorney's fees and costs pursuant to Federal Rule of Civil Procedure 37 is denied without prejudice.

8. The discovery deadline is extended to March 11, 2022. The dispositive motion deadline is extended to April 22, 2022. The mediation deadline is extended to March 31, 2022.

9. To the extent Defendant seeks sanctions against Plaintiff for her conduct related to this litigation, Defendant must file a separate motion seeking such relief and provide the factual and legal basis therefor.

**DONE** and **ORDERED** in Tampa, Florida, on January 27, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record