UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRI TORRES,

    Plaintiff,

v.                                                                        Case No: 8:21-cv-892-TPB-JSS

PASCO COUNTY BOARD OF
COMMISSIONERS,

    Defendant.
_____/

## ORDER

Plaintiff moves the court for an order declaring that service of her five subpoenas on Defendant Pasco County Board of Commissioners was valid and compelling Defendant's compliance with the subpoenas. (Motion, Dkt. 113.) Plaintiff filed the Motion on June 20, 2022. (Dkt. 113.) On June 27, 2022, the court directed Defendant to file an expedited response to the Motion. (Dkt. 114.) On June 29, 2022, in accordance with the court's order, Defendant filed a response in opposition to the Motion. (Dkt. 115.) Within its response, Defendant represented that as of June 23, 2022, Defendant had agreed to accept service of Plaintiff's subpoenas, and Defendant had provided its responses to the subpoenas to Plaintiff. (Dkt. 115 at 6–7, 9.) On June 30, 2022, Plaintiff moved for leave to file a reply in support of the Motion. (Dkt. 116.)

Defendant represents that it has accepted service of the subpoenas and responded. Accordingly, the relief sought by Plaintiff is unwarranted. Therefore, the

Motion (Dkt. 113) and Plaintiff's Motion for Leave to File a Reply (Dkt. 116) are **DENIED** as moot.

Plaintiff is further reminded of the requirements imposed by Local Rule 3.01(g) and that all litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure," regardless of whether the litigant is represented by an attorney. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). The Eleventh Circuit requires *pro se* litigants to "conform to procedural rules." *Loren v. Sasser*, 309 F.3d 1296, 1304 (11th Cir. 2002).

Accordingly, it is **ORDERED:**

1. Plaintiff's Motion to Compel (Dkt. 113) is **DENIED** as moot.
2. Plaintiff's Motion for Leave to File a Reply (Dkt. 116) is **DENIED** as moot.
3. Defendant's request for attorney's fees and costs pursuant to Federal Rule of Civil Procedure 37 is denied without prejudice.

**ORDERED** in Tampa, Florida, on July 1, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record