```
 1                UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION

 3                 8:21-cv-00892-TPB-JSS

 4

     JERRI "MEGAN" TORRES,
 5
          Plaintiff,
 6
     vs.
 7
     PASCO COUNTY BOARD OF
 8   COUNTY COMMISSIONERS,

 9        Defendant.
     _____/
10

11   ----------------------------------------------------------

12              EXCERPTED PROCEEDINGS

13

14        Excerpts from the remote deposition of MANDIRA

15   SIGDELPHUYAL, taken pursuant to Notice on behalf of the

16   Plaintiff, on Friday, May 13, 2022, beginning at 9:42

17   a.m., by Zoom Videoconferencing, reported by Rita G.

18   Meyer, RDR, CRR, CRC and Notary Public, State of Florida

19   at Large.

20

21

22

23

24

25
```

CERTIFIED TRANSCRIPT

```
 1   REMOTE APPEARANCES:

 2        JERRI TORRES, PRO SE
          17140 Pasco Acres Drive
 3        Spring Hill, FL
          813.298.4559
 4        accusatoris_officium@protonmail.com

 5        MELISSA CASTILLO, ESQUIRE
          FORD HARRISON
 6        101 E. Kennedy Boulevard, Suite 900
          Tampa, FL  33602
 7        813.261.7800
          mcastillo@fordharrison.com

 8
                  For the Defendant.
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Torres v Pasco County  21-cv-892-TPB-JSS   Excerpts  5/13/2022 deposition of Mandira Sigdelphuyal

1              (Witness Remotely Sworn by the Court Reporter)

2                    MANDIRA SIGDELPHUYAL,

3    having been first remotely sworn, testified as follows:

4                    DIRECT EXAMINATION

5    BY MS. TORRES:

6                            ***

7         Q.   Mm-hmm.  Did you find Megan easygoing or

8    supportive at work?

9         A.   Yes.

10                           ***

11        Q.   Did any PCU employees ever complain to you

12   about Megan's behaviors?

13        A.   No.

14                           ***

15        Q.   Did anyone tell you that Megan behaved in an

16   unprofessional manner?

17        A.   No.

18        Q.   Was there ever a time when you felt I was not

19   helpful?

20        A.   No.

21                           ***

22        Q.   Thank you for that.  Did you feel like Michael

23   Carballa took a hands off approach to managing the GIS

24   group?

25        A.   What does that mean?

4

1      Q.   Hands off meaning that he, he wasn't deeply

2   involved, as far as you know, supervising and telling the

3   GIS group what to work on, things like that?  He was more

4   of a, kind of hands off, letting the group run itself?

5      A.   Yeah.

6      Q.   Did you feel like Charles Cullen also took a

7   hands off approach to managing the GIS group?

8      A.   Yes.

9                        ***

10      Q.   Okay.  And approximately how many times a month

11   would you discuss matters with Charles Cullen?  Whether

12   informally or in a meeting setting?

13      A.   I don't -- I did not do any time typically by

14   myself.  But if he asked me, like, how is going, like

15   what's going on, I always -- it's not like, you know, on

16   a regular basis kind of, we did not have any typical

17   meetings.  Before we set up that, like, meeting with the,

18   you know, other team members, but even at that time, he

19   was not, like, totally involved in that kind of meeting.

20   So not much.

21      Q.   Okay.  Thank you.  Would it be safe to say that

22   Charles Cullen knew very little about what the GIS group

23   was working on at any given time?

24           MS. CASTILLO:  Objection.  Calling for

25           speculation.  You can answer, Mandira.

Torres v Pasco County  21-cv-892-TPB-JSS   Excerpts  5/13/2022 deposition of Mandira Sigdelphuyal

1         A.   Um, I don't know.  Um, sometimes I feel like he

2    knew all the things, like, we were working on.  Sometimes

3    I feel like maybe he doesn't know anything, you know.  I

4    just don't -- I just cannot explain what he knew, he

5    knows about the GIS.

6                            ***

7    BY MS. TORRES:

8         Q.   The county has stated that Edwards is

9    responsible for things like managing various GIS

10   projects, delegating tasks to GIS analysts and evaluating

11   their work performance.  Did you feel that Megan was

12   performing similar duties to Edwards?

13             MS. CASTILLO:  Object.  Assuming -- objection

14        to the -- just, well, strike that.  Just object to

15        form, generally, but go on.

16   BY MS. TORRES:

17        Q.   Would you like me to repeat it?

18        A.   Yes.  Sure.

19        Q.   The county has stated that Edwards is

20   responsible for things like managing various GIS

21   projects, delegating tasks to GIS analysts and evaluating

22   their work performance.

23        A.   Mm-hmm.

24        Q.   Did you feel that Megan was performing similar

25   duties as Edwards?

Torres v Pasco County  21-cv-892-TPB-JSS   Excerpts  5/13/2022 deposition of Mandira Sigdelphuyal

1        A.   I don't know.

2                              ***

3        Q.   If Jeremy Edwards had been in -- had been the

4    one holding Megan's position in PCU, do you think that he

5    would have been doing similar tasks as Megan?

6             MS. CASTILLO:  Objection.  Calling for

7        speculation.

8        A.   I don't know.  I don't know.

9                              ***

10   BY MS. TORRES:

11       Q.   If you had been responsible for the choice, who

12   would you have chosen for the position?  Megan or

13   Elizabeth Walton?

14       A.   I cannot say that.

15            MS. CASTILLO:  Objection.

16   BY MS. TORRES:

17       Q.   Did you feel Kim Rogers made a good choice when

18   she hired Elizabeth Walton?

19       A.   At the beginning, yes.

20                             ***

21       Q.   Do you feel Rogers gave Walton too much leeway

22   into the GIS?

23       A.   I'm sorry.  Can you repeat?

24       Q.   Do you feel that Kim Rogers gave Walton too

25   much leeway into the GIS?

1       A.   I don't know.  I cannot say anything on that.

2                            ***

3       Q.   Do you feel like Walton damaged the GIS group

4    relationships?

5       A.   Um, to me, especially true.  You know, she

6    didn't say like don't talk to you or say anything like

7    that, but we taught and me, she did with my managers,

8    yes, she did.

9       Q.   I'm sorry.  What was that last part you said?

10      A.   With my managers, we taught ourselves, yes, she

11   did.

12      Q.   So Walton damaged the relationships that you

13   had with Kim Rogers?

14      A.   Somehow, yes.

15                           ***

16      Q.   And Cullen has said that he believes the GIS

17   melt down happened because of my bad teamwork and a low

18   level of service.  What do you think about that?

19           MS. CASTILLO:  Objection.  Testifying.  She

20       wouldn't know what Cullen said or didn't say.

21      A.   Yeah.

22           MS. CASTILLO: Unless you ask her

23       specifically, like, did Cullen ever say this

24       specifically to you, for example.

25           MS. TORRES:  Understood.

1    BY MS. TORRES:

2         Q.   Would you like me to repeat the question,

3    Mandira?

4         A.   Yes.

5         Q.   Cullen has said that he believes that GIS melt

6    down happened because of my bad teamwork and low level of

7    service.  What do you think about that?

8         A.   If you think so.  I don't know.  I always have

9    a, you know, good relation with you as a -- team wise, so

10   I don't have anything to say on that.

11                         ***

12        Q.   Okay.  And so would you, would you call that

13   instance of working together to clean up the mess, would

14   you call that bad teamwork on anyone's part?

15        A.   That was, that was the excellent teamwork.

16        Q.   And do you think that Megan, the melt down

17   happened because Megan stopped cooperating because she

18   was bitter about not getting the position?

19        A.   I don't think so.

20                         ***

21        Q.   Okay.  Do you feel like the GIS group had to

22   take over for management during the melt down in order to

23   effectively repair the damage done by Walton and Rogers?

24        A.   I don't think so.

25                         ***

1     Q.   After that, did -- after that melt down period,

2  did you and I come together and have a better and

3  stronger working relationship?

4     A.   We three -- I can exculpate on that one.  Yes.

5  We three came up together as, like, we used to be before.

6  And then more better than that, I feel like at that time

7  because somehow, like, I'm sorry to say, but somehow at

8  the beginning, when I was working, it was very nice

9  working with you but -- and you would always, like, there

10  to help, like, you know, explain whatever's going on in

11  the county wise, yeah, system.  So you were always there.

12  But somehow I was not, somehow I was feeling like, you

13  were always nice.  Like you always asked us, hey,

14  whatever you do to write the process documents, whatever

15  you do this time, you know, somewhere, research, try to

16  figure out yourself and you were always, like, making us,

17  you know, independent.  So, and, like, kind of good team

18  members.

19          If we leave, then somebody who doesn't have GIS

20  knowledge, within our GIS database, can easily, you know,

21  grab our purchase documents and then write and then you

22  were doing, like, a whole bunch of similar things at that

23  time too, I can see, I can still see the loss of

24  documents that you had created, but somehow at that time,

25  so when I look at that, you know, work that you used to

Torres v Pasco County  21-cv-892-TPB-JSS   Excerpts  5/13/2022 deposition of Mandira Sigdelphuyal

1    provide us and I always find, like, you were doing

2    database management and meeting with all the teams and I

3    was, like, what Megan is doing.  I was kind of

4    enthusiastic to learn what you used to do at that time.

5    Because since you were a GIS analyst and I was a GIS

6    analyst and I wanted to know, like, why Megan is doing,

7    like, more tasks than, you know, like meeting with those

8    peoples, figuring out, not like more technical tasks.

9    More like, you know, I can say, you know, what is like a

10   leader kind of task, you know.  And I feel like why is

11   she doing, what is she actually doing, why she doesn't

12   write about the web maps you are creating, about the

13   database you was creating and I was like, I had that kind

14   of feeling.

15          So if somebody asked me about that, like what

16   Megan is doing, I used to tell them the same thing.

17   Like, I don't know what exactly she's doing, but she's

18   providing me the work to work on.  You know, like, I was

19   always like that.

20          So at that time, I feel like why she's not,

21   like, doing the way like she asked me to do, you know,

22   like, that kind of feelings I had.  But then when I, when

23   everything, that melt down happened then we came together

24   again because -- and I just don't want to blame you on

25   that one totally, too, because I never asked you, like,

1    why you are doing, like, what you are doing, Megan.  What

2    is your duty?  How you spending time?  I never asked you,

3    too.  If I had asked, then you might answer on that one,

4    right?  So I just don't want to blame on that one, too.

5              And then, I had that kind of feelings, too.

6    Like, but I had a feeling, yeah.  And then after

7    everything happened, we came together.  At that time, I

8    feel, I kind of found you as, like, more open, you know.

9    Like, I know -- I knew that, like, what you were busy

10   with, you know, like, what you are doing, and then, um,

11   then I found you, like, more friendly, more, like, team

12   player kind of things.

13                              ***

14        Q.   I understand it's painful for you to talk about

15   it.  I appreciate you talking about it.  So that -- thank

16   you for all that.  You said that the e-mail, you know,

17   let me just repeat a little bit just to make sure I

18   understand everything correctly.

19              So the e-mail made you feel, you know, very,

20   very bad, very sad; is that correct?

21        A.   Yes.

22        Q.   Okay.  And you did not feel that the e-mail

23   Beth sent you was justified, did you?

24        A.   Never. Yeah.

25        Q.   And did, did, did that e-mail and Walton's

1    treatment of you, make you cry?

2         A.   Many times, yes.

3         Q.   And do you, do you feel that Walton harassed or

4    bullied you in that e-mail?

5         A.   It can appear like that way, yeah.  Because

6    it's like never talked to me, never come to my desk,

7    because I had done never, I feel like I was, I feel like

8    I was not safe on that because of the way she wrote on

9    that e-mail.  I feel like I'm not safe in front of her.

10   Because I did nothing wrong to her.  And she said, like,

11   never talk to me, never come to my desk, you know.  Like

12   if you talk, come to my desk and I feel like you are

13   creating a hostile environment, what does that mean?

14   Because I was like, why?  You know, I never got an answer

15   from Kim or, like, from Todd because he cc'd that to Kim.

16   Because I cried a lot in front of them, too, but I never

17   got the answer.  They encouraged me just forward the

18   e-mail.  You know, it's a bad dream.  You know, like they

19   encouraged me to do my job.  They tell her to go home and

20   stay there as much as, you know, she feel comfortable and

21   then I don't meet each other.  Maybe they were trying

22   their best, but you know, I never get the answer, like

23   why.  Why she did that to me directly, you know.  She did

24   not hear anything from me.  She did not, like, say I did

25   wrong about her to him.  With any other people.  I talk

1    anything bad about her to anybody.  She didn't say.  But

2    she never said that to me.  But she wrote that e-mail and

3    I always feel like I did nothing wrong to her.  I always

4    help her.  I was the only person helping her the most of

5    our team, you know, and always there.  And then even the

6    work ethic, in my work I always there.  I was always

7    there to help her.  So, yeah.

8            MS. CASTILLO:  My apologies.  I'm going to

9        interject and object to the form of Ms. Torres'

10       question as to the term harassed.  Miss Mandira is

11       not an attorney so she cannot speak to whether she

12       was harassed as far as the legal term would go.

13       A.   I don't know how to describe in one term, but I

14    was hurt by her e-mail.

15                              ***

16    BY MS. TORRES:

17       Q.   Understood.  So just to make sure I know, I

18    understand the sequence of events, so there was -- the

19    e-mail that Walton wrote to you that you felt, that

20    e-mail that you felt, you felt that e-mail was harassment

21    or bullying, you felt hurt by that e-mail then?

22           MS. CASTILLO:  Objection again.  Same objection

23       made before as to the term harassment.

24           MS. TORRES:  Sure.

25    BY MS. TORRES:

1    Q.   So that was the e-mail that Walton cc'd to

2  Rogers?

3    A.   Yes.

4                          ***

5    Q.   Okay.  And was there, was there -- so then,

6  just stop me if I'm wrong.  I'm just trying to make sure

7  I understand correctly.  Then there was a meeting with

8  you and Kim and Charles Cullen about that e-mail?

9    A.   Yes.  As soon as she send that e-mail to us.

10    Q.   And who initiated that meeting?

11    A.   Charles.

12    Q.   Charles?

13    A.   Charles, yeah.

14                          ***

15    Q.   Okay.  And did Kim Rogers or Charles Cullen ask

16  HR to get involved in the issue?

17    A.   No.

18                          ***

19    Q.   Okay.  Did, did you file any sort of formal

20  complaint about it?

21    A.   No.  I, as I said before, I never wanted to do

22  that and I did not.

23                          ***

24    Q.   Okay.  Thank you.  Did they advise you to tell

25  Walton to stop sending you e-mails like that?

1      A.   No.  I think --

2      Q.   Did they say that you should tell Walton that

3   her behavior was unwelcome?

4      A.   They did not say anything.

5      Q.   Did they tell you that it was your duty to tell

6   Walton to stop?

7      A.   No.

8      Q.   So am I correct when I hear that you were

9   saying that this whole incident made you feel unsafe and

10  uncomfortable there at the office?

11     A.   Not in the office, but in front of her.

12                          ***

13     Q.   And did that incident take away some of the

14  happiness that you had previously working there?

15     A.   Yes.  A lot.

16     Q.   Afterward, were you afraid of Walton giving you

17  more trouble or confronting you in some way?

18     A.   I was not afraid.

19                          ***

20     Q.   Did you, did you, did you worry that she might

21  confront you or give you anymore trouble?

22          MS. CASTILLO:  Objection.  Asked and answered.

23     A.   No.

24                          ***

25  BY MS. TORRES:

1      Q.   So you felt the need -- did you feel the need

2   to avoid her while you were at work?

3      A.   Since my manager told me, like, I should not

4   have to do anything with her.  If I had to, then I can go

5   with them.  Then I never feel like I have to approach

6   with her.  I have to work with her.  I feel uncomfortable

7   in front of her.  If something happened, I was like, more

8   determined, like, I should not stay quiet like this

9   because I was trying to forget all that incident as they

10  trusted me.  Like, still I was hurt, but I cannot forget.

11  Like, I was like, why she can do this.  She's an

12  employee.  I'm also an employee.  You know, like why I

13  have -- if she does a similar thing to me, then I will

14  not stay quiet feelings I had.  So I never feel like she

15  will do this to me, but I feel like I cannot talk to her,

16  you know.  Like, I cannot go to her office in front of

17  her and talk more about like a friend, you know.  Is more

18  about, like, I want to work too.  So I feel like that

19  way, but not feel like, you know, totally like, I'm

20  afraid of her, you know, at work or anything like that.

21                            * * *

22      Q.   Did -- did you know of anyone else who may have

23  had trouble with Walton?

24      A.   I don't know.

25      Q.   And do you know Brett Davis?

Torres v Pasco County  21-cv-892-TPB-JSS   Excerpts  5/13/2022 deposition of Mandira Sigdelphuyal

1      A.   Yes.

2                             ***

3      Q.   How would you describe Kim Rogers' level of

4  success in managing the GIS group?

5      A.   She was excellent.  But counting that 15 days,

6  I just did not like the way she managed the team.  That

7  15 days, that 15 days she was always on top, all the time

8                             ***

9      Q.   I have claimed here in my lawsuit that I took

10  Rogers under my wing when she first started.  I claimed

11  that I spent a lot of time and effort teaching Rogers the

12  dynamic of the GIS team and how the team worked together.

13  Would you say that's a true statement?

14      A.   I don't know.

15          MS. CASTILLO:  Objection.  Objection to form.

16      A.   Maybe.

17                             ***

18      Q.   Yes.  I have claimed that I spent a lot of time

19  and effort teaching Kim Rogers the dynamics of the GIS

20  team and how the team worked together.  Would you say

21  that's a true statement?

22      A.   It could be true, but I just don't know.

23      Q.   Okay.  Did you feel that Kim Rogers was

24  qualified to manage the GIS group successfully?

25      A.   I feel like that before Beth came.

1      Q.   Before Beth came.

2      A.   Yeah.

3      Q.   Before Kim Rogers was hired, would you say that

4   the GIS group worked well together for the most part?

5      A.   Yes.  We were working together, yeah.

6                              ***

7      Q.   And did -- we talked before about, about this,

8   but I'd like to touch on it again.  When Kim Rogers

9   instructed you not to approach me about, about things

10   anymore, did you do as she asked?

11      A.   Yeah.  For the most part, yeah.

12                             ***

13      Q.   Okay.  Why do you think she said that?  Why do

14   you think she asked you to, you and Mr. Lama to avoid me?

15           MS. CASTILLO:   Objection.  Calling for

16      speculation.

17      A.   She explained that, like as I said before, too.

18   You know, she explained that you said, like, you said to

19   Kim that you are not going to assign any tasks to us.  Or

20   like, you are not doing -- going to do anything that you

21   used to do.  You know, like getting all those GIS tasks

22   from other teams and then, you know, assigning to us.

23   And then also like, you know, explaining role details of,

24   like, what was you doing or something like that, you

25   know.

1          And then she said, like, you have -- you want

2    something to do, like, you want to make a web map or

3    anything, just don't ask Megan.  Like, well, how is your

4    task going?  But you can do research yourself.  You know,

5    do yourself, you know.  Like, if you need training, I can

6    send you money to get the training.  Just ask me, you

7    know.  Like, if you need to do something, you don't have

8    anything to do, just come to me and ask me, like, you

9    know, if you don't find anything to work on, she was

10   saying, like, just come to me.  Just don't go to Megan

11   and then ask her.  She said she's not going to -- she's

12   not interested to do those tasks anymore, so just come to

13   me and ask.  She said that, yeah.

14                          ***

15   BY MS. TORRES:

16        Q.  Did you, during that time, did you feel there

17   was a lot of confusion at the time about, about

18   individual's responsibilities and, and job descriptions?

19   People were saying I wasn't hired to do this or this

20   wasn't in my job description?  Did you feel like there

21   was a lot of confusion about who owned what

22   responsibilities at that time?

23        A.  Yes.

24                          ***

25        Q.  Okay.  Did she, did she tell you that she would

Torres v Pasco County  21-cv-892-TPB-JSS   Excerpts  5/13/2022 deposition of Mandira Sigdelphuyal

1    fill the management gap and that you didn't need to

2    depend on Megan for those sorts of tasks anymore?

3            MS. CASTILLO:  Objection.  Misstating

4       testimony.

5       A.   I'm sorry?

6    BY MS. TORRES:

7       Q.   Did, did she tell, did she tell you that she

8    would fill the management gap?

9       A.   As a team, we had to work together, you know.

10   We had to work together.  We had to, you know, the GIS

11   tasks, we had to play together.  But as a managerial,

12   like, finding the tasks, you know, like doing the duty,

13   you know, she said, like, just come to me.

14      Q.   Right.  So for assigning tasks and duties, she

15   said you don't need to, you don't need to depend on Megan

16   for that anymore; is that correct?

17      A.   Yes.  Yes.

18                        ***

19                   CROSS-EXAMINATION

20   BY MS. CASTILLO:

21                        ***

22      Q.   Did you ever report directly to Ms. Torres

23   under the impression that she was your supervisor?

24      A.   Um, no.  But when I was a contractor and then I

25   was working with them, she was giving the tasks to us and

1    I was telling, like, submitting, you know, the weekly

2    work or something to her.

3                              ***

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OATH

2     STATE OF FLORIDA

3     COUNTY OF ORANGE:

4

5          I, RITA G. MEYER, RDR, CRR, CRC, the undersigned

6     authority, certify that MANDIRA SIGDELPHUYAL remotely

7     appeared before me and was duly sworn.

8

9          WITNESS my hand and official seal this 2nd day of

10    August, 2022.

11

12

13          _____
            RITA G. MEYER, RDR, CRR, CRC
14          My Commission #GG293751
            Expires May 12, 2023

15

16          Notary Public State of Florida
            Rita G Meyer
17          My Commission GG 293751
            Expires 05/12/2023

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA:

 3   COUNTY OF ORANGE:

 4

 5        I, RITA G. MEYER, RDR, CRR, CRC, do hereby certify

 6   that I was authorized to and did stenographically report

 7   the remote deposition of MANDIRA SIGDELPHUYAL and that

 8   the foregoing transcript is a true and correct excerpted

 9   record of my stenographic notes.

10        I FURTHER CERTIFY that I am not a relative,

11   employee, attorney or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties,

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the outcome of the action.

15

         DATED this 2nd day of August, 2022.
16

17

18        _____

19        RITA G. MEYER, RDR, CRR, CRC

20

21

22

23

24

25
```

**MS. CASTILLO:**
**[11]** 4/23 5/12 6/5 6/14 7/18 13/7 13/21 15/21 17/14 18/14 20/2
**MS. TORRES: [2]** 7/24 13/23

**1**

**101 [1]** 2/6
**12 [1]** 22/14
**13 [1]** 1/16
**15 [3]** 17/5 17/7 17/7
**17140 [1]** 2/2

**2**

**2022 [3]** 1/16 22/10 23/15
**2023 [1]** 22/14
**2nd [2]** 22/9 23/15

**3**

**33602 [1]** 2/6

**8**

**813.261.7800 [1]** 2/7
**813.298.4559 [1]** 2/3
**8:21-cv-00892-TPB-JSS [1]** 1/3

**9**

**900 [1]** 2/6
**9:42 [1]** 1/16

**A**

**a.m [1]** 1/17
**about [24]**
**accusatoris [1]** 2/4
**Acres [1]** 2/2
**action [2]** 23/1 23/14
**actually [1]** 10/11
**advise [1]** 14/24
**afraid [3]** 15/16 15/18 16/20
**after [3]** 9/1 9/1 11/6
**Afterward [1]** 15/16
**again [3]** 10/24 13/22 18/8
**all [6]** 5/2 10/2 11/16 16/9 17/7 18/21
**also [3]** 4/6 16/12 18/23
**always [15]** 4/15 8/8 9/9 9/11 9/13 9/13 9/16 10/1 10/19 13/3 13/3 13/5 13/6 13/6 17/7
**am [4]** 15/8 23/10 23/12 23/13
**analyst [2]** 10/5 10/6
**analysts [2]** 5/10 5/21
**answer [5]** 4/25 11/3 12/14 12/17 12/22
**answered [1]** 15/22
**any [9]** 3/11 4/13 4/16 4/23 12/25 14/19 18/19 23/11 23/12
**anybody [1]** 13/1
**anymore [5]** 15/21 18/10 19/12 20/2 20/16

**anyone [2]** 3/15 16/22
**anyone's [1]** 8/14
**anything [13]** 5/3 7/1 7/6 8/10 12/24 13/1 15/4 16/4 16/20 18/20 19/3 19/8 19/9
**apologies [1]** 13/8
**appear [1]** 12/5
**APPEARANCES [1]** 2/1
**appeared [1]** 22/7
**appreciate [1]** 11/15
**approach [4]** 3/23 4/7 16/5 18/9
**approximately [1]** 4/10
**are [7]** 10/12 11/1 11/1 11/10 12/12 18/19 18/20
**as [22]** 3/3 4/2 4/2 5/25 6/5 8/9 9/5 11/8 12/20 12/20 13/10 13/12 13/12 13/23 14/9 14/9 14/21 16/9 18/10 18/17 20/9 20/11
**ask [7]** 7/22 14/15 19/3 19/6 19/8 19/11 19/13
**asked [10]** 4/14 9/13 10/15 10/21 10/25 11/2 11/3 15/22 18/10 18/14
**assign [1]** 18/19

**assigning [2]** 18/22 20/14
**Assuming [1]** 5/13
**attorney [2]** 13/11 23/11
**attorneys [1]** 23/13
**August [2]** 22/10 23/15
**authority [1]** 22/6
**authorized [1]** 23/6
**avoid [2]** 16/2 18/14
**away [1]** 15/13

**B**

**bad [6]** 7/17 8/6 8/14 11/20 12/18 13/1
**basis [1]** 4/16
**be [3]** 4/21 9/5 17/22
**because [16]** 7/17 8/6 8/17 8/17 9/7 10/5 10/24 10/25 12/5 12/7 12/8 12/10 12/14 12/15 12/16 16/9
**been [5]** 3/3 6/3 6/3 6/5 6/11
**before [10]** 4/17 9/5 13/23 14/21 17/25 18/1 18/3 18/7 18/17 22/7
**beginning [3]** 1/16 6/19 9/8
**behalf [1]** 1/15
**behaved [1]** 3/15
**behavior [1]** 15/3
**behaviors [1]** 3/12

**believes [2]** 7/16 8/5
**best [1]** 12/22
**Beth [3]** 11/23 17/25 18/1
**better [2]** 9/2 9/6
**bit [1]** 11/17
**bitter [1]** 8/18
**blame [2]** 10/24 11/4
**BOARD [1]** 1/7
**Boulevard [1]** 2/6
**Brett [1]** 16/25
**bullied [1]** 12/4
**bullying [1]** 13/21
**bunch [1]** 9/22
**busy [1]** 11/9

**C**

**call [2]** 8/12 8/14
**Calling [3]** 4/24 6/6 18/15
**came [5]** 9/5 10/23 11/7 17/25 18/1
**can [12]** 4/25 6/23 9/4 9/20 9/23 9/23 10/9 12/5 16/4 16/11 19/4 19/5
**cannot [7]** 5/4 6/14 7/1 13/11 16/10 16/15 16/16
**Carballa [1]** 3/23
**CASTILLO [3]** 2/5 7/22 20/20
**cc'd [2]** 12/15 14/1

**CERTIFICATE [2]** 22/1 23/1
**certify [3]** 22/6 23/5 23/10
**Charles [8]** 4/6 4/11 4/22 14/8 14/11 14/12 14/13 14/15
**choice [2]** 6/11 6/17
**chosen [1]** 6/12
**claimed [3]** 17/9 17/10 17/18
**clean [1]** 8/13
**come [8]** 9/2 12/6 12/11 12/12 19/8 19/10 19/12 20/13
**comfortable [1]** 12/20
**Commission [1]** 22/13
**COMMISSIONERS [1]** 1/8
**complain [1]** 3/11
**complaint [1]** 14/20
**confront [1]** 15/21
**confronting [1]** 15/17
**confusion [2]** 19/17 19/21
**connected [1]** 23/13
**contractor [1]** 20/24
**cooperating [1]** 8/17
**correct [4]** 11/20 15/8 20/16 23/8
**correctly [2]** 11/18 14/7
**could [1]**

## C

could... [1]
17/22
counsel [2]
23/11 23/13
counting [1]
17/5
county [7]
1/7 1/8 5/8
5/19 9/11 22/3
23/3
COURT [2]
1/1 3/1
CRC [5]   1/18
22/5 22/13
23/5 23/19
created [1]
9/24
creating [3]
10/12 10/13
12/13
cried [1]
12/16
CROSS [1]
20/19
CROSS-EXAM
INATION [1]
20/19
CRR [5]   1/18
22/5 22/13
23/5 23/19
cry [1]   12/1
Cullen [9]   4/6
4/11 4/22 7/16
7/20 7/23 8/5
14/8 14/15
cv [1]   1/3

## D

damage [1]
8/23
damaged [2]
7/3 7/12
database [3]
9/20 10/2
10/13
DATED [1]
23/15
Davis [1]
16/25
day [2]   22/9
23/15

## days [3]   17/5

17/7 17/7
deeply [1]
4/1
Defendant
[2]   1/9 2/8
delegating
[2]   5/10 5/21
depend [2]
20/2 20/15
deposition
[2]   1/14 23/7
describe [2]
13/13 17/3
description
[1]   19/20
descriptions
[1]   19/18
desk [3]   12/6
12/11 12/12
details [1]
18/23
determined
[1]   16/8
did [56]
didn't [4]   7/6
7/20 13/1 20/1
DIRECT [1]
3/4
directly [2]
12/23 20/22
discuss [1]
4/11
DISTRICT [2]
1/1 1/1
DIVISION [1]
1/2
do [34]
documents
[3]   9/14 9/21
9/24
does [3]   3/25
12/13 16/13
doesn't [3]
5/3 9/19 10/11
doing [16]
6/5 9/22 10/1
10/3 10/6
10/11 10/11
10/16 10/17
10/21 11/1
11/1 11/10

## days [3]   17/5

18/20 18/24
20/12
don't [26]
done [2]   8/23
12/7
down [6]
7/17 8/6 8/16
8/22 9/1 10/23
dream [1]
12/18
Drive [1]   2/2
duly [1]   22/7
during [2]
8/22 19/16
duties [3]
5/12 5/25
20/14
duty [3]   11/2
15/5 20/12
dynamic [1]
17/12
dynamics [1]
17/19

## E

e-mail [16]
11/16 11/19
11/22 11/25
12/4 12/9
12/18 13/2
13/14 13/19
13/20 13/20
13/21 14/1
14/8 14/9
e-mails [1]
14/25
each [1]
12/21
easily [1]
9/20
easygoing [1]
3/7
Edwards [5]
5/8 5/12 5/19
5/25 6/3
effectively
[1]   8/23
effort [2]
17/11 17/19
Elizabeth [2]
6/13 6/18
else [1]   16/22

## employee [4]

16/12 16/12
23/11 23/12
employees
[1]   3/11
encouraged
[2]   12/17
12/19
enthusiastic
[1]   10/4
environment
[1]   12/13
especially [1]
7/5
ESQUIRE [1]
2/5
ethic [1]   13/6
evaluating
[2]   5/10 5/21
even [2]   4/18
13/5
events [1]
13/18
ever [4]   3/11
3/18 7/23
20/22
everything
[3]   10/23 11/7
11/18
exactly [1]
10/17
EXAMINATIO
N [2]   3/4
20/19
example [1]
7/24
excellent [2]
8/15 17/5
excerpted [2]
1/12 23/8
Excerpts [1]
1/14
exculpate [1]
9/4
Expires [1]
22/14
explain [2]
5/4 9/10
explained [2]
18/17 18/18
explaining [1]
18/23

## F

far [2]   4/2
13/12
feel [36]
feeling [3]
9/12 10/14
11/6
feelings [3]
10/22 11/5
16/14
felt [6]   3/18
13/19 13/20
13/20 13/21
16/1
figure [1]
9/16
figuring [1]
10/8
file [1]   14/19
fill [2]   20/1
20/8
financially [1]
23/14
find [3]   3/7
10/1 19/9
finding [1]
20/12
first [2]   3/3
17/10
FL [2]   2/3 2/6
FLORIDA [4]
1/1 1/18 22/2
23/2
follows [1]
3/3
FORD [1]   2/5
fordharrison.
com [1]   2/7
foregoing [1]
23/8
forget [2]
16/9 16/10
form [3]   5/15
13/9 17/15
formal [1]
14/19
forward [1]
12/17
found [2]
11/8 11/11
Friday [1]
1/16

## friend [1]

16/17
friendly [1]
11/11
front [5]   12/9
12/16 15/11
16/7 16/16
FURTHER [1]
23/10

## G

gap [2]   20/1
20/8
gave [2]   6/21
6/24
generally [1]
5/15
get [3]   12/22
14/16 19/6
getting [2]
8/18 18/21
GG293751
[1]   22/13
GIS [26]
give [1]
15/21
given [1]
4/23
giving [2]
15/16 20/25
go [6]   5/15
12/19 13/12
16/4 16/16
19/10
going [8]
4/14 4/15 9/10
13/8 18/19
18/20 19/4
19/11
good [3]   6/17
8/9 9/17
got [2]   12/14
12/17
grab [1]   9/21
group [10]
3/24 4/3 4/4
4/7 4/22 7/3
8/21 17/4
17/24 18/4

## H

had [20]   6/3
6/3 6/11 7/13

| **H** | **13/4** | **interested [2]** | **14/8 14/15** | **M** | **maybe [3]** |
|---|---|---|---|---|---|
| had... [16] | her [24] | 19/12 23/14 | 17/3 17/19 | made [4] | 5/3 12/21 |
| 8/21 9/24 | here [1]  17/9 | interject [1] | 17/23 18/3 | 6/17 11/19 | 17/16 |
| 10/13 10/22 | hereby [1] | 13/9 | 18/8 18/19 | 13/23 15/9 | mcastillo [1] |
| 11/3 11/5 11/6 | 23/5 | involved [3] | kind [11]  4/4 | mail [16] | 2/7 |
| 12/7 15/14 | hey [1]  9/13 | 4/2 4/19 14/16 | 4/16 4/19 9/17 | 11/16 11/19 | me [30] |
| 16/4 16/14 | Hill [1]  2/3 | is [16]  4/14 | 10/3 10/10 | 11/22 11/25 | mean [2] |
| 16/23 20/9 | him [1]  12/25 | 5/8 5/19 10/3 | 10/13 10/22 | 12/4 12/9 | 3/25 12/13 |
| 20/10 20/10 | hired [3]  6/18 | 10/6 10/9 | 11/5 11/8 | 12/18 13/2 | meaning [1] |
| 20/11 | 18/3 19/19 | 10/10 10/11 | 11/12 | 13/14 13/19 | 4/1 |
| hand [1]  22/9 | hmm [2]  3/7 | 10/16 11/2 | knew [4] | 13/20 13/20 | meet [1] |
| hands [4] | 5/23 | 11/20 13/10 | 4/22 5/2 5/4 | 13/21 14/1 | 12/21 |
| 3/23 4/1 4/4 | holding [1] | 16/17 19/3 | 11/9 | 14/8 14/9 | meeting [7] |
| 4/7 | 6/4 | 20/16 23/8 | know [66] | mails [1] | 4/12 4/17 4/19 |
| happened [6] | home [1] | issue [1] | knowledge | 14/25 | 10/2 10/7 14/7 |
| 7/17 8/6 8/17 | 12/19 | 14/16 | [1]  9/20 | make [5] | 14/10 |
| 10/23 11/7 | hostile [1] | it [10]  4/21 | knows [1] | 11/17 12/1 | meetings [1] |
| 16/7 | 12/13 | 5/17 9/8 11/15 | 5/5 | 13/17 14/6 | 4/17 |
| happiness [1] | how [8]  4/10 | 11/15 12/5 | | 19/2 | MEGAN [17] |
| 15/14 | 4/14 11/2 | 14/20 15/5 | **L** | making [1] | 1/4 3/7 3/15 |
| harassed [3] | 13/13 17/3 | it's [4]  4/15 | Lama [1] | 9/16 | 5/11 5/24 6/5 |
| 12/3 13/10 | 17/12 17/20 | 11/14 12/6 | 18/14 | manage [1] | 6/12 8/16 8/17 |
| 13/12 | 19/3 | 12/18 | Large [1] | 17/24 | 10/3 10/6 |
| harassment | HR [1]  14/16 | itself [1]  4/4 | 1/19 | managed [1] | 10/16 11/1 |
| [2]  13/20 | hurt [3] | | last [1]  7/9 | 17/6 | 19/3 19/10 |
| 13/23 | 13/14 13/21 | **J** | lawsuit [1] | management | 20/2 20/15 |
| HARRISON | 16/10 | Jeremy [1] | 17/9 | [4]  8/22 10/2 | Megan's [2] |
| [1]  2/5 | | 6/3 | leader [1] | 20/1 20/8 | 3/12 6/4 |
| has [4]  5/8 | **I** | JERRI [2]  1/4 | 10/10 | manager [1] | MELISSA [1] |
| 5/19 7/16 8/5 | I'd [1]  18/8 | 2/2 | learn [1]  10/4 | 16/3 | 2/5 |
| have [16] | I'm [10]  6/23 | job [3]  12/19 | leave [1] | managerial | melt [6]  7/17 |
| 4/16 6/5 6/12 | 7/9 9/7 12/9 | 19/18 19/20 | 9/19 | [1]  20/11 | 8/5 8/16 8/22 |
| 8/8 8/10 9/2 | 13/8 14/6 14/6 | JSS [1]  1/3 | leeway [2] | managers [2] | 9/1 10/23 |
| 9/19 16/4 16/5 | 16/12 16/19 | just [21]  5/4 | 6/21 6/25 | 7/7 7/10 | members [2] |
| 16/6 16/13 | 20/5 | 5/4 5/14 5/14 | legal [1] | managing [5] | 4/18 9/18 |
| 16/22 17/9 | impression | 10/24 11/4 | 13/12 | 3/23 4/7 5/9 | mess [1]  8/13 |
| 17/18 19/1 | [1]  20/23 | 11/17 11/17 | let [1]  11/17 | 5/20 17/4 | Meyer [5] |
| 19/7 | incident [3] | 12/17 13/17 | letting [1] | MANDIRA [7] | 1/18 22/5 |
| having [1] | 15/9 15/13 | 14/6 14/6 17/6 | 4/4 | 1/14 3/2 4/25 | 22/13 23/5 |
| 3/3 | 16/9 | 17/22 19/3 | level [3]  7/18 | 8/3 13/10 22/6 | 23/19 |
| he [13]  4/1 | independent | 19/6 19/8 | 8/6 17/3 | 23/7 | Michael [1] |
| 4/1 4/3 4/14 | [1]  9/17 | 19/10 19/10 | like [112] | manner [1] | 3/22 |
| 4/18 5/1 5/3 | individual's | 19/12 20/13 | little [2]  4/22 | 3/16 | MIDDLE [1] |
| 5/4 5/4 6/4 | [1]  19/18 | justified [1] | 11/17 | many [2] | 1/1 |
| 7/16 8/5 12/15 | informally [1] | 11/23 | look [1]  9/25 | 4/10 12/2 | might [2] |
| hear [2] | 4/12 | | loss [1]  9/23 | map [1]  19/2 | 11/3 15/20 |
| 12/24 15/8 | initiated [1] | **K** | lot [6]  12/16 | maps [1] | Miss [1] |
| help [3]  9/10 | 14/10 | Kennedy [1] | 15/15 17/11 | 10/12 | 13/10 |
| 13/4 13/7 | instance [1] | 2/6 | 17/18 19/17 | matters [1] | Misstating [1] |
| helpful [1] | 8/13 | Kim [13]  6/17 | 19/21 | 4/11 | 20/3 |
| 3/19 | instructed [1] | 6/24 7/13 | low [2]  7/17 | may [3]  1/16 | Mm [2]  3/7 |
| helping [1] | 18/9 | 12/15 12/15 | 8/6 | 16/22 22/14 | 5/23 |

# M

**Mm-hmm [2]** 3/7 5/23
**money [1]** 19/6
**month [1]** 4/10
**more [12]** 4/3 9/6 10/7 10/8 10/9 11/8 11/11 11/11 15/17 16/7 16/17 16/17
**most [3]** 13/4 18/4 18/11
**Mr. [1]** 18/14
**Mr. Lama [1]** 18/14
**MS [15]** 3/5 5/7 5/16 6/10 6/16 7/22 8/1 13/9 13/16 13/25 15/25 19/15 20/6 20/20 20/22
**much [4]** 4/20 6/21 6/25 12/20
**my [17]** 7/7 7/10 7/17 8/6 12/6 12/11 12/12 12/19 13/6 13/8 16/3 17/9 17/10 19/20 22/9 22/13 23/9
**myself [1]** 4/14

# N

**need [7]** 16/1 16/1 19/5 19/7 20/1 20/15 20/15
**never [15]** 10/25 11/2 11/24 12/6 12/6 12/7 12/11 12/11 12/14 12/16 12/22 13/2 14/21 16/5

**nice [2]** 9/8 9/13
**no [9]** 3/13 3/17 3/20 14/17 14/21 15/1 15/7 15/23 20/24
**not [31]**
**Notary [1]** 1/18
**notes [1]** 23/9
**nothing [2]** 12/10 13/3
**Notice [1]** 1/15

# O

**OATH [1]** 22/1
**object [3]** 5/13 5/14 13/9
**objection [12]** 4/24 5/13 6/6 6/15 7/19 13/22 13/22 15/22 17/15 17/15 18/15 20/3
**off [4]** 3/23 4/1 4/4 4/7
**office [3]** 15/10 15/11 16/16
**official [1]** 22/9
**officium [1]** 2/4
**Okay [12]** 4/10 4/21 8/12 8/21 11/22 14/5 14/15 14/19 14/24 17/23 18/13 19/25
**one [6]** 6/4 9/4 10/25 11/3 11/4 13/13
**only [1]** 13/4
**open [1]** 11/8
**ORANGE [2]**

# P

**order [1]** 8/22
**other [4]** 4/18 12/21 12/25 18/22
**our [3]** 9/20 9/21 13/5
**ourselves [1]** 7/10
**out [2]** 9/16 10/8
**outcome [1]** 23/14
**over [1]** 8/22
**owned [1]** 19/21

**painful [1]** 11/14
**part [4]** 7/9 8/14 18/4 18/11
**parties [2]** 23/11 23/12
**PASCO [2]** 1/7 2/2
**PCU [2]** 3/11 6/4
**people [2]** 12/25 19/19
**peoples [1]** 10/8
**performance [2]** 5/11 5/22
**performing [2]** 5/12 5/24
**period [1]** 9/1
**person [1]** 13/4
**Plaintiff [2]** 1/5 1/16
**play [1]** 20/11
**player [1]** 11/12
**position [3]** 6/4 6/12 8/18
**previously [1]** 15/14

# PRO [1] 2/2

**PROCEEDINGS [1]** 1/12
**process [1]** 9/14
**projects [2]** 5/10 5/21
**protonmail.com [1]** 2/4
**provide [1]** 10/1
**providing [1]** 10/18
**Public [1]** 1/18
**purchase [1]** 9/21
**pursuant [1]** 1/15

# Q

**qualified [1]** 17/24
**question [2]** 8/2 13/10
**quiet [2]** 16/8 16/14

# R

**RDR [5]** 1/18 22/5 22/13 23/5 23/19
**record [1]** 23/9
**regular [1]** 4/16
**relation [1]** 8/9
**relationship [1]** 9/3
**relationships [2]** 7/4 7/12
**relative [2]** 23/10 23/12
**remote [3]** 1/14 2/1 23/7
**remotely [3]** 3/1 3/3 22/6
**repair [1]** 8/23
**repeat [4]** 5/17 6/23 8/2 11/17

# report [2]

20/22 23/6
**reported [1]** 1/17
**Reporter [2]** 3/1 23/1
**research [2]** 9/15 19/4
**responsibilities [2]** 19/18 19/22
**responsible [3]** 5/9 5/20 6/11
**right [2]** 11/4 20/14
**Rita [5]** 1/17 22/5 22/13 23/5 23/19
**Rogers [13]** 6/17 6/21 6/24 7/13 8/23 14/2 14/15 17/10 17/11 17/19 17/23 18/3 8/8
**Rogers' [1]** 17/3
**role [1]** 18/23
**run [1]** 4/4

# S

**sad [1]** 11/20
**safe [3]** 4/21 12/8 12/9
**said [17]** 7/9 7/16 7/20 8/5 11/16 12/10 13/2 14/21 18/13 18/17 18/18 18/18 19/1 19/11 19/13 20/13 20/15
**same [2]** 10/16 13/22
**say [17]** 4/21 6/14 7/1 7/6 7/6 7/20 7/23 8/10 9/7 10/9 12/24 13/1 15/2 15/4

**PRO [1]** 2/2

# report [2]

18/3
**saying [3]** 15/9 19/10 19/19
**SE [1]** 2/2
**seal [1]** 22/9
**see [2]** 9/23 9/23
**send [2]** 14/9 19/6
**sending [1]** 14/25
**sent [1]** 11/23
**sequence [1]** 13/18
**service [2]** 7/18 8/7
**set [1]** 4/17
**setting [1]** 4/12
**she [50]**
**she's [6]** 10/17 10/17 10/20 16/11 19/11 19/11
**should [3]** 15/2 16/3 16/8
**SIGDELPHUYAL [4]** 1/15 3/2 22/6 23/7
**similar [5]** 5/12 5/24 6/5 9/22 16/13
**since [2]** 10/5 16/3
**so [27]**
**some [2]** 15/13 15/17
**somebody [2]** 9/19 10/15
**somehow [6]** 7/14 9/7 9/7 9/12 9/12 9/24
**something [5]** 16/7 18/24 19/2 19/7 21/2
**sometimes [2]** 5/1 5/2
**somewhere [1]** 9/15

**S**

soon [1] 14/9
sorry [4] 6/23
7/9 9/7 20/5
sort [1] 14/19
sorts [1] 20/2
speak [1]
13/11
specifically
[2] 7/23 7/24
speculation
[3] 4/25 6/7
18/16
spending [1]
11/2
spent [2]
17/11 17/18
Spring [1]
2/3
started [1]
17/10
State [3]
1/18 22/2 23/2
stated [2] 5/8
5/19
statement [2]
17/13 17/21
STATES [1]
1/1
stay [3]
12/20 16/8
16/14
stenographic
[1] 23/9
stenographic
ally [1] 23/6
still [2] 9/23
16/10
stop [3] 14/6
14/25 15/6
stopped [1]
8/17
strike [1]
5/14
stronger [1]
9/3
submitting
[1] 21/1
success [1]
17/4
successfully
[1] 17/24

**Suite [1]** 2/6
supervising
[1] 4/2
supervisor
[1] 20/23
supportive
[1] 3/8
sure [5] 5/18
11/17 13/17
13/24 14/6
sworn [3] 3/1
3/3 22/7
system [1]
9/11

**T**

take [2] 8/22
15/13
taken [1]
1/15
talk [7] 7/6
11/14 12/11
12/12 12/25
16/15 16/17
talked [2]
12/6 18/7
talking [1]
11/15
TAMPA [2]
1/2 2/6
task [2]
10/10 19/4
tasks [13]
5/10 5/21 6/5
10/7 10/8
18/19 18/21
19/12 20/2
20/11 20/12
20/14 20/25
taught [2]
7/7 7/10
teaching [2]
17/11 17/19
team [11]
4/18 8/9 9/17
11/11 13/5
17/6 17/12
17/12 17/20
17/20 20/9
teams [2]
10/2 18/22
teamwork [4]
7/17 8/6 8/14

**8/15**

technical [1]
10/8
tell [10] 3/15
10/16 12/19
14/24 15/2
15/5 15/5
19/25 20/7
20/7
telling [2]
4/2 21/1
term [4]
13/10 13/12
13/13 13/23
testified [1]
3/3
Testifying [1]
7/19
testimony [1]
20/4
than [2] 9/6
10/7
thank [4]
3/22 4/21
11/15 14/24
that [123]
that's [2]
17/13 17/21
their [3] 5/11
5/22 12/22
them [4]
10/16 12/16
16/5 20/25
then [24]
3/18 9/9 9/11
12/20 13/5
13/6 13/7
13/18 14/5
14/5 14/7
15/10 15/14
19/16 19/20
they [9]
12/17 12/18
12/19 12/21
14/24 15/2
15/4 15/5 16/9
thing [2]
10/16 16/13
things [7] 4/3
5/2 5/9 5/20
9/22 11/12

**18/9**

think [10]
6/4 7/18 8/7
8/8 8/16 8/19
8/24 15/1
18/13 18/14
this [11] 7/23
9/15 15/9 16/8
16/11 16/15
18/7 19/19
19/19 22/9
23/15
those [4]
10/7 18/21
19/12 20/2
three [2] 9/4
9/5
time [18]
3/18 4/13 4/18
4/23 9/6 9/15
9/23 9/24 10/4
10/20 11/2
11/7 17/7
17/11 17/18
19/16 19/17
19/22
times [2]
4/10 12/2
Todd [1]
12/15
together [12]
8/13 9/2 9/5
10/23 11/7
17/12 17/20
18/4 18/5 20/9
20/10 20/11
told [1] 16/3
too [10] 6/21
6/24 9/23
10/25 11/3
11/4 11/5
12/16 16/18
18/17
took [3] 3/23
4/6 17/9
top [1] 17/7
TORRES [14]
1/4 2/2 3/5
5/7 5/16 6/10
6/16 8/1 13/16
13/25 15/25
19/15 20/6

**20/22**

Torres' [1]
13/9
totally [3]
4/19 10/25
16/19
touch [1]
18/8
TPB [1] 1/3
training [2]
19/5 19/6
transcript [1]
23/8
treatment [1]
12/1
trouble [3]
15/17 15/21
16/23
true [5] 7/5
17/13 17/21
17/22 23/8
trusted [1]
16/10
try [1] 9/15
trying [3]
12/21 14/6
16/9
typical [1]
4/16
typically [1]
4/13

**U**

um [5] 5/1
5/1 7/5 11/10
20/24
uncomfortabl
e [2] 15/10
16/6
under [2]
17/10 20/23
undersigned
[1] 22/5
understand
[4] 11/14
11/18 13/18
14/7
Understood
[2] 7/25 13/17
UNITED [1]
1/1
Unless [1]

**7/22**

unprofession
al [1] 3/16
unsafe [1]
15/9
unwelcome
[1] 15/3
up [3] 4/17
8/13 9/5
us [7] 9/13
9/16 10/1 14/9
18/19 18/22
20/25
used [5] 9/5
9/25 10/4
10/16 18/21

**V**

various [2]
5/9 5/20
very [5] 4/22
9/8 11/19
11/20 11/20
Videoconfere
ncing [1]
1/17

**W**

Walton [15]
6/13 6/18 6/21
6/24 7/3 7/12
8/23 12/3
13/19 14/1
14/25 15/2
15/6 15/16
16/23
Walton's [1]
11/25
want [5]
10/24 11/4
16/18 19/1
19/2
wanted [2]
10/6 14/21
was [57]
wasn't [3]
4/1 19/19
19/20
way [6] 10/21
12/5 12/8
15/17 16/19
17/6
we [17] 4/16

**W**

**we... [16]**
4/17 5/2 7/7
7/10 9/4 9/5
9/5 9/19 10/23
11/7 18/5 18/7
20/9 20/10
20/10 20/11
**web [2]**
10/12 19/2
**weekly [1]**
21/1
**well [3]** 5/14
18/4 19/3
**were [14]** 5/2
9/11 9/13 9/16
9/22 10/1 10/5
11/9 12/21
15/8 15/16
16/2 18/5
19/19
**what [21]**
3/25 4/3 4/22
5/4 7/9 7/18
7/20 8/7 10/3
10/4 10/9
10/11 10/15
10/17 11/1
11/1 11/9
11/10 12/13
18/24 19/21
**what's [1]**
4/15
**whatever [2]**
9/14 9/14
**whatever's
[1]** 9/10
**when [10]**
3/18 6/17 9/8
9/25 10/22
10/22 15/8
17/10 18/8
20/24
**whether [2]**
4/11 13/11
**while [1]**
16/2
**who [5]** 6/11
9/19 14/10
16/22 19/21
**whole [2]**
9/22 15/9

**why [12]**
10/6 10/10
10/11 10/20
11/1 12/14
12/23 12/23
16/11 16/12
18/13 18/13
**will [2]** 16/13
16/15
**wing [1]**
17/10
**wise [2]** 8/9
9/11
**within [1]**
9/20
**Witness [2]**
3/1 22/9
**work [17]**
3/8 4/3 5/11
5/22 9/25
10/18 10/18
13/6 13/6 16/2
16/6 16/18
16/20 19/9
20/9 20/10
21/2
**worked [3]**
17/12 17/20
18/4
**working [9]**
4/23 5/2 8/13
9/3 9/8 9/9
15/14 18/5
20/25
**worry [1]**
15/20
**would [17]**
4/11 4/21 5/17
6/5 6/12 8/2
8/12 8/12 8/13
9/9 13/12 17/3
17/13 17/20
18/3 19/25
20/8
**wouldn't [1]**
7/20
**write [3]**
9/14 9/21
10/12
**wrong [4]**
12/10 12/25
13/3 14/6

**wrote [3]**
12/8 13/2
13/19

**Y**

**yeah [13]** 4/5
7/21 9/11 11/6
11/24 12/5
13/7 14/13
18/2 18/5
18/11 18/11
19/13
**yes [20]** 3/9
4/8 5/18 6/19
7/8 7/10 7/14
8/4 9/4 11/21
12/2 14/3 14/9
15/15 17/1
17/18 18/5
19/23 20/17
20/17
**you [190]**
**your [4]** 11/2
15/5 19/3
20/23
**yourself [3]**
9/16 19/4 19/5

**Z**

**Zoom [1]**
1/17