# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 17, 2022

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 22-13532-A
Case Style: Jerri Torres v. Pasco County Board of Commissioners, et al
District Court Docket No: 8:21-cv-00892-TPB-JSS

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Toya J. Stevenson/aw, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13532-A

_____

JERRI TORRES,
a.k.a. Megan,

                            Plaintiff - Appellant,

versus

PASCO COUNTY BOARD OF COMMISSIONERS,
PASCO COUNTY, FLORIDA,

                            Defendants - Appellees,

CHARLES CULLEN et al.,

                            Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Jerri Torres is GRANTED by clerk [9805809-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective November 17, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION